UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>171 "DEHLAVIEH" ANTI-TANK GUIDED MISSILES;<br><br>EIGHT TYPE "358" SURFACE-TO-AIR MISSILES;<br><br>TEN RAYAN ROSHD AFZAR RU60G THERMAL WEAPONS OPTICS;<br><br>ONE USV KIT GM2 35-1;<br><br>ONE USV KIT 36-1;<br><br>ONE USV KIT 38-1;<br><br>ONE BOX NO 573/714;<br><br>13,000 "PLAIN DETONATOR, NO. 8" BLASTING CAPS;<br><br>351 COMPONENTS FOR LAND-ATTACK CRUISE MISSILE;<br><br>ONE SET OF COMPONENTS TO NOOR-C802 ANTI-SHIP CRUISE MISSILE; and<br><br>SIX BOXES OF MISCELLANEOUS UNMANNED AERIAL VEHICLE COMPONENTS<br><br>   Defendants. | Case: 1:20−cv−02299<br>Assigned To : Boasberg, James E.<br>Assign. Date : 8/20/2020<br>Description: Gen. Civil (E−DECK)<br><br>**Civil Action No.** |

1

## **WARRANT FOR ARREST *IN REM***

TO:  THE UNITED STATES MARSHAL'S SERVICE AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

WHEREAS a Verified Complaint for Forfeiture *In Rem* has been filed in the United States District Court for the District of Columbia, on the 17th day of August, 2020, alleging that the above defendant property are subject to seizure and forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(G)(i);

YOU ARE, THEREFORE, HEREBY COMMANDED to serve the defendant property, thus bringing, within the jurisdiction of the Court, said defendant properties, more fully described as:

**171 "DEHLAVIEH" ANTI-TANK GUIDED MISSILES;**

**EIGHT TYPE "358" SURFACE-TO-AIR MISSILES;**

**TEN RAYAN ROSHD AFZAR RU60G THERMAL WEAPONS OPTICS;**

**ONE USV KIT GM2 35-1;**

**ONE USV KIT 36-1;**

**ONE USV KIT 38-1;**

**ONEBOX NO 573/714;**

**13,000 "PLAIN DETONATOR, NO. 8" BLASTING CAPS;**

**351 COMPONENTS FOR LAND-ATTACK CRUISE MISSILE;**

**ONE SET OF COMPONENTS TO NOOR-C802 ANTI-SHIP CRUISE MISSILE; and**

**SIX BOXES OF MISCELLANEOUS UNMANNED AERIAL VEHICLE COMPONENTS**

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed, unless, pursuant to Rule G(3)(c)(ii)(A) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the defendant properties are in the government's possession, custody, or control.

Dated: August 20, 2020



ANGELA D. CAESAR
Clerk of the Court

By: /s/ Simone Bledsoe
Deputy Clerk

3