UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>171 "DEHLAVIEH" ANTI-TANK GUIDED MISSILES, *et al.*,<br><br>Defendants. | Civil Action No. 20-2299 (JEB)<br><br>**UNDER SEAL** |

## UNITED STATES' MOTION TO UNSEAL

The United States of America, by and through undersigned counsel, respectfully moves to unseal this case and select documents in the case, including (i) the Complaint, (ii) the Warrant for Arrest *in Rem*, (iii) the Motion to Seal the Complaint, (iv) the Order to Seal, (v) this Motion, and (vi) any order issued in response to this motion. The United States respectfully requests that if the Court's schedule permits, the Court act on this Motion on or before the morning of Thursday, October 29, 2020. In support thereof, the United States avers:

1. On August 20, 2020, the United States filed a Motion to Seal this case to protect the integrity of an ongoing criminal investigation. *See* Mot. to Seal ¶ 13. The United States wrote that "it expects that sealing will only be required for 12 weeks at most." *Id.* ¶ 11.

2. On August 20, 2020, the Court granted the United States' Motion to Seal. The Court's Order to Seal provides in part: "the government is granted authority to automatically unseal the instant matter once sealing is no [longer] required." Order to Seal ¶ 4.

3. The United States has determined that its investigation of the smuggling network responsible for shipping the weapons at issue in this case no longer necessitates sealing the case.

- 2 -

Accordingly, the United States respectfully requests that the Court unseal this case and the specified docket entries on or before the morning of Thursday, October 29, 2020.

                Respectfully submitted,

                MICHAEL R. SHERWIN
                Acting United States Attorney

By:   /s/ Michael P. Grady
       Michael P. Grady
       Assistant United States Attorney
       D.C. Bar Number 492947
       United States Attorney's Office
       555 Fourth Street, N.W.
       Washington, D.C. 20530
       Telephone: 202-252-7649
       Email: Michael.grady3@usdoj.gov