

**FILED**
OCT 29 2020
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 20-2299 (JEB) |
| v. ) | |
| ) | **UNDER SEAL** |
| 171 "DEHLAVIEH" ANTI-TANK GUIDED ) | |
| MISSILES, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

[PROPOSED] ORDER

UPON CONSIDERATION of the United States' motion to unseal, and the entire record herein, it is hereby:

ORDERED that the case and the following documents in this case shall be unsealed: (i) the Complaint; (ii) the Warrant for Arrest in Rem; (iii) the Motion to Seal the Complaint; (iv) the Order to Seal; (v) the Motion to Unseal; and (vi) this Order;

ORDERED that all other papers and orders on file in this action shall remain under seal; and it is further

ORDERED the seal shall be lifted on all matters occurring in this action after the date of this Order.

SO ORDERED:

10/29/20
Date

/s/
JAMES E. BOASBERG
United States District Judge



FILED
OCT 29 2020
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia